**Electronically Filed
Supreme Court
SCAP-22-0000552
25-MAR-2024
12:54 PM
Dkt. 38 ODMR**

SCAP-22-0000552

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

---

STEPHEN P.H. WONG, Plaintiff-Appellant,

vs.

ASSOCIATION OF APARTMENT OWNERS OF HARBOR SQUARE, by and through
its Board of Directors, Defendant-Appellee,

and

ASSOCIATION OF APARTMENT OWNERS OF HARBOR SQUARE, by and through
its Board of Directors, Third-Party Plaintiff-Appellee,

vs.

PORTER McGUIRE KIAKONA, LLP (fka Porter Tom Quitiquit Chee &
Watts), and EKIMOTO & MORRIS, ALLLC,
Third-Party Defendants-Appellees.

---

APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT
(CAAP-22-0000552; CASE NO. 1CCV-19-0002324)

ORDER DENYING MOTION FOR RECONSIDERATION
(By: Recktenwald, C.J., McKenna and Eddins, JJ., Circuit Judge Wong
and Circuit Judge Somerville, assigned by reason of vacancies)

Upon consideration of Plaintiff-Appellant's motion for

reconsideration, Defendant-Appellee's response, and the record

and files herein,

It is ordered that the motion is denied.

DATED:  Honolulu, Hawaiʻi, March 25, 2024.

/s/ Mark E. Recktenwald

/s/ Sabrina S. McKenna

/s/ Todd W. Eddins

/s/ Paul B.K. Wong

/s/ Rowena A. Somerville



2